Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
TELEPHONE 602.229.5200

Benjamin C. Nielsen (029689)
Benjamin.nielsen@quarles.com
Cale S. Johnson (035557)
Cale.johnson@quarles.com

Attorneys for Defendant Hydro Systems International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USAA Casualty Insurance Company as Subrogee of Patrick Maley,<br><br>Plaintiff,<br><br>vs.<br><br>Nuvo Residential, LLC dba NuvoH2O, Hydro Systems International, Inc., and Does I to 20, inclusive,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(formerly Maricopa County Superior Court Case No. CV2022-010429) |

**TO THE CLERK OF THE COURT, PLAINTIFFS AND PLAINTIFFS' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Hydro Systems International, Inc. ("Hydro"), hereby removes to this Court the above-referenced state court action, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and L.R. Civ. 3.6:

**PROCEDURAL HISTORY**

1. The state court action that is hereby removed to this Court was filed on August 10, 2022, in Superior Court of the State of Arizona, in and for the County of Maricopa, Phoenix, Arizona styled USAA CASUALTY INSURANCE COMPANY as Subrogee of PATRICK MALEY, Plaintiff, vs. NUVO RESIDENTIAL, LLC DBA NUVOH2O, HYDRO SYSTEMS INTERNATIONAL, INC., and DOES 1 to 20, inclusive, Defendants,

QB\175572.00006\75664926.2

1. Case No. CV2022-010429 (the "State Court Action"). As of the date of this Notice of Removal, that action is pending.

2. Upon information and belief, the Plaintiffs in this action served their Complaint personally upon Hydro through Hydro's registered agent in the State of Arizona on August 10, 2022.

3. Defendants have yet to be formally served in this action, but a copy of the Complaint in the State Court action is attached hereto as **Exhibit A**, pursuant to 28 U.S.C. § 1446(a).

4. True and complete copies of all pleadings and other documents that were previously filed with the state court are attached hereto as **Exhibit B**, pursuant to LRCiv 3.6(b). There are no motions currently pending. Undersigned counsel verifies that Exhibits A and B contain a complete copy of the filings in the State Court action. A true and correct copy of such Verification is attached hereto as **Exhibit C.**

## STATUTORY BASES FOR JURISDICTION

1. The Superior Court for Maricopa County, Arizona, the court in which the State Court Action was filed and is pending, is located within the jurisdiction of the Phoenix Division of the United States District Court for the District of Arizona. This Court, therefore, is the proper District Court to receive this action upon removal to federal court pursuant to 28 U.S.C. § 1441(a).

2. Removal of this action is proper under 28 U.S.C. § 1441 *et seq*.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because it is a civil action between citizens of different states, in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### Diversity Jurisdiction

4. Plaintiff, USAA Casualty Insurance Company ("Plaintiff"), is and was, at the time of filing of this lawsuit, an insurance carrier who is domiciled in Texas, making it a Texas citizen for diversity-jurisdiction purposes. [*See* Decl. of Carla Walters at ¶ 1-2, attached hereto as **Exhibit D**.]

5.      Plaintiff's insured, Patrick Maley, owns and resides at a residential property located at 9635 North Rock Ridge Trail, Fountain Hills, Maricopa County, Arizona, 85268 (the "Property") and is therefore an Arizona citizen for diversity-jurisdiction purposes. *See* Compl. ¶ 2.

6.      Hydro is and was, at the time of the filing of this lawsuit, a Connecticut corporation with its principal place of business in the State of New York, making it a New York citizen for diversity-jurisdiction purposes. *See* Compl. ¶ 4.

7.      Defendant Nuvo Residential, LLC dba NuvoH2O ("Nuvo"), is and was, at the time of the filing of this lawsuit, a Utah corporation with its principal place of business in the State of Utah, making it a Utah citizen for diversity-jurisdiction purposes. *See* Compl. ¶ 3.

8.      Based on the claims asserted and the relief sought, the amount in controversy exceeds the $75,000 diversity-jurisdiction threshold. Specifically, Plaintiff alleges that it seeks the recovery of at least $344,223.20 in damages. *See* Compl. p. 4 ¶ 20.

## Other Statutory Requirements

9.      Removal is timely in that this notice has been filed within thirty days of the believed service date or attempted service on Hydro.

10.     At this time, the remaining defendant, Nuvo, has not yet appeared and, upon information and belief, has not been properly served with the Summons and Complaint in the state court action. Hydro will obtain the consent of Nuvo after it is properly served and appears in this matter.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiffs, and a copy is being filed with the Clerk of the Superior Court for Maricopa County, Arizona. A copy of the State Court Notice of Removal is attached hereto as **Exhibit E**.

WHEREFORE, Defendant Hydro Systems International, Inc. gives notice that this action has been removed from the Superior Court for Maricopa County, Arizona, to the United States District Court for the District of Arizona, Phoenix Division.

RESPECTFULLY SUBMITTED this 7th day of September, 2022.

>QUARLES & BRADY LLP
>One Renaissance Square
>Two North Central Avenue
>Phoenix, AZ  85004
>
>
>By  */s/ Cale S. Johnson*
>   Benjamin C. Nielsen
>   Cale S. Johnson
>
>Attorneys for Defendant Hydro Systems International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

>*/s/ Kim Simmons*