IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USAA Casualty Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Nuvo Residential LLC, et al.,<br><br>Defendants. | No. CV-22-01512-PHX-SPL<br><br>**ORDER** |

Before this Court is the parties' Stipulation to Dismiss (Doc. 56), in which they seek dismissal of Plaintiff's claims against Defendant Hydro Systems International, Inc. Upon consideration of the stipulation,

**IT IS ORDERED** that the Stipulation to Dismiss (Doc. 56) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Hydro Systems International, Inc. are **dismissed with prejudice**.

Dated this 11th day of April, 2024.

Honorable Steven P. Logan
United States District Judge