IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USAA Casualty Insurance Company,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Nuvo Residential LLC, et al.,<br><br>　　　　　Defendants. | No. CV-22-01512-PHX-SPL<br><br>**ORDER** |

　　　　Having considered the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1. That the Stipulation for Dismissal (Doc. 103) is **granted**;

　　　　2. That Plaintiff's claims against Defendant Nuvo Residential LLC are **dismissed with prejudice**;

　　　　3. That each party shall bear its own costs and attorneys' fees;

　　　　4. That, Defendant Nuvo Residential LLC being the only remaining defendant in this case (*see* Docs. 61, 91), the Clerk of Court shall **terminate** this action; and

　　　　5. That the Motion for Attorneys' Fees shall remain pending and an order will issue in due course.

　　　　Dated this 19th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge